[Civ. No. 4843. Third Appellate District.—January 30, 1933.]

CLYDE THOMAS, Petitioner, v. SUPERIOR COURT OF BUTTE COUNTY et al., Respondents.

Willebrandt, Horowitz & McCloskey for Petitioner.

W. E. Lady for Respondents.

THE COURT.—This petition for a writ of prohibition is based upon the same order and the identical facts which are disclosed in a similar petition between the same parties, in which previous proceeding an opinion of this court was filed January 28, 1933 (*ante*, p. 282), except that this petition involves the nonpayment of installments of alimony which occurred subsequent to those which were involved in the former proceeding.

To the petition in the present proceeding a demurrer was filed. It is asserted the petition fails to state facts sufficient to constitute a cause of action.

Upon the authority of *Thomas* v. *Superior Court*, *ante*, p. 282 [18 Pac. (2d) 755], the demurrer to the petition for a writ of prohibition in the present proceeding is sustained and the writ is discharged.